[Nos. 11965–6–I; 11984–2–I.   Division One.   January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL STEIN, ET AL, *Appellants.*

The unpublished opinion in this cause which was filed on July 19, 1984, is *withdrawn* by order dated January 11, 1985.

[No. 13301–2–I.   Division One.   January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY MICHAEL SALTARELLI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00380–4, Frank D. Howard, J., entered May 12, 1983. *Affirmed* by unpublished opinion per Durham, J., concurred in by Scholfield, A.C.J., Ringold, J., dissenting.

[No. 13476–1–I.   Division One.   January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. VINCENT M. R. FITZGERALD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03809–8, Horton Smith, J., entered June 21, 1983. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Scholfield, A.C.J., and Durham, J. Now published at 39 Wn. App. 652.

[No. 13480–9–I.   Division One.   January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD JAMES MILLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03614–1, James J. Dore, J., entered July 5, 1983. *Affirmed* by unpublished opinion per Durham, J., concurred in by Scholfield, A.C.J., and Williams, J.